UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDA L. MELENDEZ,
*individually and as parent and natural guardian of J.C.*,

        Plaintiff,

– *against* –

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.

**<u>ORDER</u>**

19 Civ. 2928 (ER)

BRENDA L. MELENDEZ,
*individually and as parent and natural guardian of J.C.*,

        Plaintiff,

– *against* –

CHANCELLOR RICHARD CARRANZA, NEW YORK CITY DEPARTMENT OF EDUCATION, and NEW YORK STATE EDUCATION DEPARTMENT,

        Defendants.

19 Civ. 8726 (ER)

BRENDA L. MELENDEZ,
*individually and as parent and natural guardian of J.C.*,

        Plaintiff,

– *against* –

RICHARD CARRANZA and NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendants.

20 Civ. 823 (ER)

| | |
|---|---|
| BRENDA L. MELENDEZ, *individually and as parent and natural guardian of J.C.*, CAROLYN MASON, *individually and as parent and natural guardian of A.D.*, and NAHOKO and KENTARO MIZUTA, *individually and as parents and natural guardians of Y.M.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　– against –<br><br>RICHARD CARRANZA, and NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>　　　　　　　　Defendants. | 20 Civ. 1464 (ER) |

Ramos, D.J.:

　　　　The Court is in receipt of Plaintiffs' motion for reconsideration.  Defendants are directed to respond by Friday, August 14, 2020 at 5:00 PM.

　　　　It is SO ORDERED.

Dated:　　August 10, 2020
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Edgardo Ramos, U.S.D.J.

2